# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| ACHATES REFERENCE PUBLISHING | ) | |
| | ) | |
| v. | ) | Appeal No. 14 - 1767 |
| | ) | |
| APPLE, INC. | ) | |

## NOTICE OF INTERVENTION
## BY THE UNITED STATES PATENT AND TRADEMARK OFFICE

The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("Director") respectfully informs the Court that the Director hereby exercises the right under 35 U.S.C. § 143 to intervene in this appeal from the decision of the Patent Trial and Appeal Board in an *inter partes* review.  35 U.S.C. § 143.

The Director respectfully requests that the undersigned counsel be permitted to enter their appearances on behalf of the Director.

Respectfully submitted,

Dated:  December 9, 2014          /s/ Nathan K. Kelley
                                 NATHAN K. KELLEY
                                 Solicitor

                                 JAMIE L. SIMPSON
                                 KAKOLI CAPRIHAN
                                 SCOTT C. WEIDENFELLER
                                 Associate Solicitors
                                 United States Patent & Trademark Office
                                 Mail Stop 8
                                 P.O. Box 1450
                                 Alexandria, Virginia 22313-1450
                                 *Attorneys for the Director of the United
                                 States Patent and Trademark Office*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 9, 2014, I electronically filed the foregoing NOTICE OF INTERVENTION BY THE UNITED STATES PATENT AND TRADEMARK OFFICE using the Court's CM/ECF filing system.  Counsel for the Appellant and counsel for the Appellee were electronically served via e-mail per Fed. R. App. P. 25 and Fed. Cir. R. 25(a) and 25(b).

<u>/s/ JAMIE L. SIMPSON</u>
Jamie L. Simpson
Associate Solicitor
United States Patent & Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia 22313-1450